# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| AUTUMN RIDLER, | CASE NO. 5:21-cv-776 |
| PLAINTIFF, | JUDGE SARA LIOI |
| vs. | **JUDGMENT ENTRY** |
| JO-ANN STORES, LLC, | |
| DEFENDANT. | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion, defendant Jo-Ann Stores LLC's unopposed motion for summary judgment is granted on all of plaintiff Autumn Ridler's claims. This case is closed, with each party to bear its own costs.

**IT IS SO ORDERED**.

Dated: June 29, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**